Harry L. Taylor, Appellant, v. Robert J. Ries, Appellee.

Gen. No. 46,303.

Matthew Steinberg, and Fred Polacek, for appellant; William C. Wines, and Abraham Miller, of counsel; John J. Maciejewski, for appellee; Charles D. Snewind, of counsel. Opinion by JUSTICE LEWE. **Not to be published in full.** Opinion filed July 2, 1954; released for publication September 14, 1954.